AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF     NEVADA

GREGORY MONROE,

    Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-CV-00003-LRH-RAM**

ROGERS, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#56) is **GRANTED**.

| March 29, 2010 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ D. R. Morgan |
| | Deputy Clerk |